UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
PAPE MADY CISSE,

                      Plaintiff,

      - against -

UNITED STATES OF AMERICA, et al.,

                    Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2019

19-cv-614 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court having been advised that all claims asserted in this action have been settled, it is ordered that the above-entitled action be, and hereby is, dismissed without costs; provided, however, that if the settlement is not consummated within thirty days of this Order, either party may apply by letter within that period to restore the action to the calendar. To be clear, any application to reopen must be filed within thirty days of this Order, and any application to reopen filed thereafter may be denied solely on that basis. If the parties wish for the Court to retain jurisdiction to enforce a settlement agreement, an order of the Court must be entered to that effect within the thirty day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). Any pending deadlines are cancelled and any motions are dismissed as moot. The Clerk of the Court is respectfully directed to close the case.

                      SO ORDERED.

                      _____
                      ROBERT W. LEHRBURGER
                      UNITED STATES MAGISTRATE JUDGE

Dated: November 26, 2019
New York, New York

Copies transmitted to all counsel of record.